IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02452-BNB

RONALD C. CALHOUN,

    Applicant,

v.

COLORADO DISTRICT COURT, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

    Applicant has filed a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.  The Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action will be granted.  Accordingly, it is

    ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, ECF No. 3, is granted.  It is

    FURTHER ORDERED that the "Motion to Correct Application for Habeas Corpus," ECF No. 4, is denied as unnecessary.  It is

FURTHER ORDERED that to the extent in the Motion to Correct Application for Habeas Corpus, ECF No. 4, Applicant raises a custody issue the Motion is construed as a supplement to the Application, ECF No. 1.

DATED September 26, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge