IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02452-LTB

RONALD C. CALHOUN,

    Applicant,

vs.

THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondent.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 23, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Applicant.

    DATED at Denver, Colorado, this 23 day of January, 2013.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk

                    By: s/ S. Grimm
                        Deputy Clerk