**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02452-BNB

RONALD C. CALHOUN,

    Applicant,

vs.

THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondent.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Pursuant to the Court's January 23, 2013 Order, Respondent's Motion for Leave to Move for Dismissal of Application, ECF No. 9, is granted.

Dated: January 23, 2013

---