**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**May 2, 2013**

**Elisabeth A. Shumaker**
**Clerk of Court**

———————————————

| | |
|---|---|
| RONALD C. CALHOUN, | |
| Petitioner - Appellant, | |
| v. | No. 13-1047 |
| THE ATTORNEY GENERAL OF THE STATE OF COLORADO, | (D.C. No. 1:12-CV-02452-LTB) |
| Respondent - Appellee. | |

———————————————

**ORDER**

———————————————

This matter is before the court to direct an abatement pending the United States Supreme Court's decision on the certiorari petition now pending in *Wilson v. Flaherty*, No. 12-986. *See also Wilson v. Flaherty*, 689 F.3d 332 (4th Cir. 2012). The abatement will continue until further order of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk