FILED  
**United States Court of Appeals**  
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**May 2, 2013**

_____

**Elisabeth A. Shumaker**  
**Clerk of Court**

RONALD C. CALHOUN,

    Petitioner - Appellant,

v.

THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondent - Appellee.

No. 13-1047  
(D.C. No. 1:12-CV-02452-LTB)

_____

**ORDER**

_____

This matter is before the court to direct an abatement pending the United States Supreme Court's decision on the certiorari petition now pending in *Wilson v. Flaherty*, No. 12-986. *See also Wilson v. Flaherty*, 689 F.3d 332 (4th Cir. 2012). The abatement will continue until further order of the court.

    Entered for the Court

    *Elisabeth A. Shumaker*

    ELISABETH A. SHUMAKER, Clerk